## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Kathleen Denise Gourley      BK NO. 20-02668 HWV
       William Bennett Gourley aka William
Gourley      Chapter 13
            **Debtor(s)**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of PNC BANK, NATIONAL ASSOCIATION and index same on the master mailing list.

                                               Respectfully submitted,

                                               /s/ Brian C. Nicholas
                                               Brian Nicholas
                                               15 Sep 2020, 19:07:50, EDT

                                               KML Law Group, P.C.
                                               BNY Mellon Independence Center
                                               701 Market Street, Suite 5000
                                               Philadelphia, PA  19106
                                               215-627-1322