United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
William Bennett Gourley  
Kathleen Denise Gourley  
    Debtor(s)

Case No. 20-02668-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3  
Date Rcvd: Oct 07, 2020     Form ID: pdf010     Total Noticed: 38

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William Bennett Gourley, Kathleen Denise Gourley, 125 Evergreen Street, Hummelstown, PA 17036-1207 |
| 5357461 | + | AMERICAN DENTAL CARE LLC, 1135 E CHOCOLATE AVE STE 101, HERSHEY, PA 17033-1201 |
| 5357462 | + | ATLANTIC EMERGENCY ASSOCIATES PA, 8 OAK PARK DRIVE, BEDFORD, MA 01730-1414 |
| 5357463 | + | BOROUGH OF HUMMELSTOWN, 136 S HANOVER STREET, HUMMELSTOWN, PA 17036-2207 |
| 5357464 | | BUREAU OF ACCOUNT MGMT, 3607 ROSEMONT AVE STE 502, PO BOX 8875, CAMP HILL, PA 17001-8875 |
| 5357470 | + | CONCENTRA, PO BOX 9011, BROOMFIELD CO 80021-9011 |
| 5357471 | + | CONCENTRA, 4200 UNION DEPOSIT ROAD, HARRISBURG, PA 17111-2801 |
| 5357472 | # | DIVERSIFIED CONSULTANTS, INC, PO BOX 1391, SOUTHGATE, MI 48195-0391 |
| 5357473 | + | ENDODONTICS ASSOCIATES, 1108 E CHOCOLATE AVENUE, HERSHEY, PA 17033-1241 |
| 5357474 | + | GRAND VIEW MEMORIAL PARK, 500 N WEBER STREET, LEBANON, PA 17046-9389 |
| 5357475 | + | HERSHEY PEDIATRIC CENTER, 441 E CHOCOLATE AVENUE, HERSHEY, PA 17033-1324 |
| 5357476 | + | HUD/FHA, NATIONAL SERVICING CENTER, 301 NW SIXTH ST, STE 200, OKLAHOMA CITY, OK 73102-2811 |
| 5357477 | + | INGRAM DAUGHERTY ORTHODONTISTS, 710 S 12TH STREET, LEBANON, PA 17042-6901 |
| 5357479 | + | LOWER DAUPHIN SCHOOL DISTRICT, TRACY COOPER, PO BOX 364, HUMMELSTOWN, PA 17036-0364 |
| 5357480 | + | MS HERSHEY MEDICAL CENTER, PATIENT FINANCIAL SERVICES, PO BOX 853 MC-A410, HERSHEY, PA 17033-0853 |
| 5357481 | | MSHMC PHYSICIANS GROUP, BILLING SERVICES, PO BOX 854, HERSHEY, PA 17033-0854 |
| 5357483 | + | ORAL SURGERY ASSOCIATES, KENNETH D KNIPE DDS, 1253 COCOA AVENUE, HERSHEY, PA 17033-1715 |
| 5357484 | + | PEERLESS CREDIT SERVICES, INC, PO BOX 518, MIDDLETOWN, PA 17057-0518 |
| 5357485 | | PENN STATE HEALTH HMC, ATTN: PATIENT FINANCIAL SERVICES, MC A410 PO BOX 853, HERSHEY, PA 17033 |
| 5357486 | + | PINNACLE ANNVILLE FAMILY MEDICINE, PC, 1251 E MAIN STREET, ANNVILLE, PA 17003-1643 |
| 5357487 | + | PNC MORTGAGE, BANKRUPTCY DEPT, 3232 NEWMARK DRIVE, MIAMISBURG, OH 45342-5421 |
| 5357488 | | PPL ELECTRIC UTILITIES, ATTN: BANKRUPTCY DEPT, 827 HAUSMAN ROAD, ALLENTOWN PA 18104-9392 |
| 5357489 | + | REC SOLUTION, PO BOX 699, NATCHEZ, MS 39121-0699 |
| 5357490 | | RECEIVABLE SOLUTIONS SPECIALSIT, INC, PO BOX 669, NATCHEZ, MS 39121-0669 |
| 5357491 | + | SUEZ WATER PENNSYLVANIA, CUSTOMER SERVICE CENTER, 8189 ADAMS DRIVE, HUMMELSTOWN, PA 17036-8625 |
| 5357492 | + | UDREN LAW OFFICES, PC, WOODCREST CORPORATE CENTER, 111 WOODCREST RD, STE 200, CHERRY HILL, NJ 08003-3620 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5357466 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 07 2020 19:09:00 | CCB/GAMESTOP, PO BOX 182120, COLUMBUS, OH 43218-2120 |
| 5357467 | + | Email/Text: dehartstaff@pamd13trustee.com | Oct 07 2020 19:09:00 | CHARLES J DEHART, III, ESQ., 8125 ADAMS DRIVE STE A, HUMMELSTOWN PA 17036-8625 |
| 5358449 | + | Email/Text: documentfiling@lciinc.com | Oct 07 2020 19:09:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 5357468 | + | Email/Text: documentfiling@lciinc.com | Oct 07 2020 19:09:00 | COMCAST CABLE (BK Notices), 1555 SUZY ST, LEBANON, PA 17046-8318 |
| 5357469 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 07 2020 19:09:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5358091 | + | Email/Text: ebnnotifications@creditacceptance.com | Oct 07 2020 19:09:00 | Credit Acceptance, 25505 W Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 5357493 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Oct 07 2020 19:09:00 | UNEMP COMP OVERPAYMENT MATTERS, DEPT OF L&I - OFFICE OF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121 |
| 5357478 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 07 2020 19:09:00 | INTERNAL REVENUE SERVICE - CIO, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5357482 | + | Email/Text: Bankruptcies@nragroup.com | Oct 07 2020 19:09:00 | NATIONAL RECOVERY AGENCY, 2491 PAXTON STREET, HARRISBURG, PA 17111-1036 |
| 5357494 | + | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Oct 07 2020 19:09:00 | UNEMPL COMP TAX MATTERS, HARRISBURG CASES L&I OFF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121-0751 |
| 5357495 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 07 2020 19:09:00 | VERIZON BANKRUPTCY DEPT, 500 TECHNOLOGY DR, STE 550, SAINT CHARLES, MO 63304-2225 |
| 5357496 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 07 2020 19:09:00 | VERIZON WIRELESS, 500 TECHNOLOGY DR, STE 550, SAINT CHARLES, MO 63304-2225 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5357465 | ##+ | CAWLEY & BERGMANN, LP, 117 KINDERKAMACK RD STE 201, RIVER EDGE, NJ 07661-1916 |
| jdb | *+ | Kathleen Denise Gourley, 125 Evergreen Street, Hummelstown, PA 17036-1207 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| Date: Oct 09, 2020 | Signature: | /s/Joseph Speetjens |
| --- | --- | --- |

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2020 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brian Nicholas | |

| | |
|---|---|
| | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Charles J DeHart, III (Trustee) | |
| | TWecf@pamd13trustee.com |
| Kara Katherine Gendron | |
| | on behalf of Debtor 2 Kathleen Denise Gourley karagendronecf@gmail.com doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com |
| Kara Katherine Gendron | |
| | on behalf of Debtor 1 William Bennett Gourley karagendronecf@gmail.com doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com |
| Rebecca Ann Solarz | |
| | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| United States Trustee | |
| | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
WILLIAM BENNETT GOURLEY :
aka William Gourley : CASE NO. 1:20-bk-02668
KATHLEEN DENISE GOURLEY :
   Debtors :
 :

ORDER

UPON CONSIDERATION of the Motion to Extend the Automatic Stay, and cause appearing therefore, it is hereby

ORDERED AND DECREED that automatic stay remains unaffected as to property of the estate and thus the stay continues to protect property of the estate until the closing of the case or further order of the Court; and

IT IS FURTHER ORDERED AND DECREED that pursuant to the Debtors' motion, the automatic stay as to the debtors and the debtors' property shall continue until the closing of the case or further order of the Court.

Dated:  October 7, 2020    By the Court,

                                            Henry W. Van Eck, Chief Bankruptcy Judge (CD)