Certificate Number: 13858-PAM-DE-034985329

Bankruptcy Case Number: 20-02668


13858-PAM-DE-034985329

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 15, 2020, at 9:17 o'clock AM EDT, William Bennett Gourley completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: October 15, 2020         By: /s/Iraida Rios

                               Name: Iraida Rios

                               Title: Counselor

Certificate Number: 13858-PAM-DE-034985330

Bankruptcy Case Number: 20-02668


13858-PAM-DE-034985330

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 15, 2020, at 9:17 o'clock AM EDT, Kathleen Denise Gourley completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: October 15, 2020

By: /s/Iraida Rios

Name: Iraida Rios

Title: Counselor