| | |
|---|---|
| In re: | Case No. 20-02668-HWV |
| William Bennett Gourley | Chapter 13 |
| Kathleen Denise Gourley | |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 3 |
| Date Rcvd: Oct 16, 2020 | Form ID: ntcnfhrg | Total Noticed: 38 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William Bennett Gourley, Kathleen Denise Gourley, 125 Evergreen Street, Hummelstown, PA 17036-1207 |
| 5357461 | + | AMERICAN DENTAL CARE LLC, 1135 E CHOCOLATE AVE STE 101, HERSHEY, PA 17033-1201 |
| 5357462 | + | ATLANTIC EMERGENCY ASSOCIATES PA, 8 OAK PARK DRIVE, BEDFORD, MA 01730-1414 |
| 5357463 | + | BOROUGH OF HUMMELSTOWN, 136 S HANOVER STREET, HUMMELSTOWN, PA 17036-2207 |
| 5357464 | | BUREAU OF ACCOUNT MGMT, 3607 ROSEMONT AVE STE 502, PO BOX 8875, CAMP HILL, PA 17001-8875 |
| 5357471 | + | CONCENTRA, 4200 UNION DEPOSIT ROAD, HARRISBURG, PA 17111-2801 |
| 5357470 | + | CONCENTRA, PO BOX 9011, BROOMFIELD CO 80021-9011 |
| 5357472 | # | DIVERSIFIED CONSULTANTS, INC, PO BOX 1391, SOUTHGATE, MI 48195-0391 |
| 5357473 | + | ENDODONTICS ASSOCIATES, 1108 E CHOCOLATE AVENUE, HERSHEY, PA 17033-1241 |
| 5357474 | + | GRAND VIEW MEMORIAL PARK, 500 N WEBER STREET, LEBANON, PA 17046-9389 |
| 5357475 | + | HERSHEY PEDIATRIC CENTER, 441 E CHOCOLATE AVENUE, HERSHEY, PA 17033-1324 |
| 5357476 | + | HUD/FHA, NATIONAL SERVICING CENTER, 301 NW SIXTH ST, STE 200, OKLAHOMA CITY, OK 73102-2811 |
| 5357477 | + | INGRAM DAUGHERTY ORTHODONTISTS, 710 S 12TH STREET, LEBANON, PA 17042-6901 |
| 5357479 | + | LOWER DAUPHIN SCHOOL DISTRICT, TRACY COOPER, PO BOX 364, HUMMELSTOWN, PA 17036-0364 |
| 5357480 | + | MS HERSHEY MEDICAL CENTER, PATIENT FINANCIAL SERVICES, PO BOX 853 MC-A410, HERSHEY, PA 17033-0853 |
| 5357481 | | MSHMC PHYSICIANS GROUP, BILLING SERVICES, PO BOX 854, HERSHEY, PA 17033-0854 |
| 5357483 | + | ORAL SURGERY ASSOCIATES, KENNETH D KNIPE DDS, 1253 COCOA AVENUE, HERSHEY, PA 17033-1715 |
| 5357484 | + | PEERLESS CREDIT SERVICES, INC, PO BOX 518, MIDDLETOWN, PA 17057-0518 |
| 5357485 | | PENN STATE HEALTH HMC, ATTN: PATIENT FINANCIAL SERVICES, MC A410 PO BOX 853, HERSHEY, PA 17033 |
| 5357486 | + | PINNACLE ANNVILLE FAMILY MEDICINE, PC, 1251 E MAIN STREET, ANNVILLE, PA 17003-1643 |
| 5357487 | + | PNC MORTGAGE, BANKRUPTCY DEPT, 3232 NEWMARK DRIVE, MIAMISBURG, OH 45342-5421 |
| 5357488 | | PPL ELECTRIC UTILITIES, ATTN: BANKRUPTCY DEPT, 827 HAUSMAN ROAD, ALLENTOWN PA 18104-9392 |
| 5357489 | + | REC SOLUTION, PO BOX 699, NATCHEZ, MS 39121-0699 |
| 5357490 | | RECEIVABLE SOLUTIONS SPECIALSIT, INC, PO BOX 669, NATCHEZ, MS 39121-0669 |
| 5357491 | + | SUEZ WATER PENNSYLVANIA, CUSTOMER SERVICE CENTER, 8189 ADAMS DRIVE, HUMMELSTOWN, PA 17036-8625 |
| 5357492 | + | UDREN LAW OFFICES, PC, WOODCREST CORPORATE CENTER, 111 WOODCREST RD, STE 200, CHERRY HILL, NJ 08003-3620 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5357466 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 16 2020 19:19:00 | CCB/GAMESTOP, PO BOX 182120, COLUMBUS, OH 43218-2120 |
| 5357467 | + | Email/Text: dehartstaff@pamd13trustee.com | Oct 16 2020 19:19:00 | CHARLES J DEHART, III, ESQ., 8125 ADAMS DRIVE STE A, HUMMELSTOWN PA 17036-8625 |
| 5358449 | + | Email/Text: documentfiling@lciinc.com | Oct 16 2020 19:18:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 5357468 | + | Email/Text: documentfiling@lciinc.com | Oct 16 2020 19:18:00 | COMCAST CABLE (BK Notices), 1555 SUZY ST, LEBANON, PA 17046-8318 |
| 5357469 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 16 2020 19:19:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5358091 | + | Email/Text: ebnnotifications@creditacceptance.com | Oct 16 2020 19:18:00 | Credit Acceptance, 25505 W Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 5357493 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Oct 16 2020 19:18:00 | UNEMP COMP OVERPAYMENT MATTERS, DEPT OF L&I - OFFICE OF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121 |
| 5357478 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 16 2020 19:18:00 | INTERNAL REVENUE SERVICE - CIO, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5357482 | + | Email/Text: Bankruptcies@nragroup.com | Oct 16 2020 19:19:00 | NATIONAL RECOVERY AGENCY, 2491 PAXTON STREET, HARRISBURG, PA 17111-1036 |
| 5357494 | + | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Oct 16 2020 19:18:00 | UNEMPL COMP TAX MATTERS, HARRISBURG CASES L&I OFF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121-0751 |
| 5357495 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 16 2020 19:18:00 | VERIZON BANKRUPTCY DEPT, 500 TECHNOLOGY DR, STE 550, SAINT CHARLES, MO 63304-2225 |
| 5357496 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 16 2020 19:18:00 | VERIZON WIRELESS, 500 TECHNOLOGY DR, STE 550, SAINT CHARLES, MO 63304-2225 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5357465 | ##+ | CAWLEY & BERGMANN, LP, 117 KINDERKAMACK RD STE 201, RIVER EDGE, NJ 07661-1916 |
| jdb | *+ | Kathleen Denise Gourley, 125 Evergreen Street, Hummelstown, PA 17036-1207 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Oct 18, 2020 | Signature: | /s/Joseph Speetjens |
| --- | --- | --- |

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2020 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brian Nicholas | |

| | |
|---|---|
| | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Charles J DeHart, III (Trustee) | |
| | TWecf@pamd13trustee.com |
| Dorothy L Mott | |
| | on behalf of Debtor 1 William Bennett Gourley DorieMott@aol.com KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com |
| Dorothy L Mott | |
| | on behalf of Debtor 2 Kathleen Denise Gourley DorieMott@aol.com KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com |
| Kara Katherine Gendron | |
| | on behalf of Debtor 2 Kathleen Denise Gourley karagendronecf@gmail.com doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com |
| Kara Katherine Gendron | |
| | on behalf of Debtor 1 William Bennett Gourley karagendronecf@gmail.com doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com |
| Rebecca Ann Solarz | |
| | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| United States Trustee | |
| | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

| UNITED STATES BANKRUPTCY COURT |
| :---: |
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

| | | |
|---|---|---|
| William Bennett Gourley, aka William Gourley, | Chapter | 13 |
| **Debtor 1** | Case No. | 1:20−bk−02668−HWV |
| Kathleen Denise Gourley, | | |
| **Debtor 2** | | |

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**December 9, 2020** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: December 16, 2020 Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing *( L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Ronald Reagan Federal Building 228 Walnut St, Rm 320 Harrisburg, PA 17101−1737 (717) 901−2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: ToniaWilson, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: October 16, 2020 |

ntcnfhrg (03/18)

Case 1:20-bk-02668-HWV    Doc 31    Filed 10/18/20    Entered 10/19/20 01:03:27    Desc
Imaged Certificate of Notice    Page 4 of 4