UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: WILLIAM BENNETT GOURLEY and   :   CHAPTER 13
KATHLEEN DENISE GOURLEY   :
    Debtor(s)   :
    :

CHARLES J. DEHART, III   :
STANDING CHAPTER 13 TRUSTEE   :
    Movant   :
    :

    vs.   :
    :

WILLIAM BENNETT GOURLEY and   :
KATHLEEN DENISE GOURLEY   :
    Respondent(s)   :   CASE NO.   1-20-bk-02668

WITHDRAWAL OF TRUSTEE'S OBJECTION TO
AMENDED CHAPTER 13 PLAN

AND NOW, this   18th   day of December, 2020, comes Charles J. Dehart, III,

Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Chapter 13 Plan filed

on or about October 22, 2020 be withdrawn, as all issues have been resolved.

Respectfully submitted:

/s/Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

CERTIFICATE OF SERVICE

AND NOW, this   18th   day of December, 2020, I hereby certify that I have
served the within Motion by electronically notifying parties or by depositing a true and correct
copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first
class mail, addressed to the following:

Kara Gendron, Esquire
125 State Street
Harrisburg, PA   17101

/s/Deborah A. Behney
Office of Charles J. DeHart, III
Standing Chapter 13 Trustee