United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
William Bennett Gourley  
Kathleen Denise Gourley  
    Debtor(s)

Case No. 20-02668-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 2  
Date Rcvd: Dec 17, 2020      Form ID: pdf010      Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2020:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5373432 | Email/Text: bnc-quantum@quantum3group.com<br>Dec 17 2020 19:02:00 | | Quantum3 Group LLC as agent for, JH CX Liquidating Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2020      Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Dorothy L Mott | on behalf of Debtor 1 William Bennett Gourley DorieMott@aol.com<br>KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com |
| Dorothy L Mott | on behalf of Debtor 2 Kathleen Denise Gourley DorieMott@aol.com<br>KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com |
| Kara Katherine Gendron | on behalf of Debtor 2 Kathleen Denise Gourley karagendronecf@gmail.com<br>doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com |

Kara Katherine Gendron
on behalf of Debtor 1 William Bennett Gourley karagendronecf@gmail.com
doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com

Rebecca Ann Solarz
on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | CHAPTER 13 |
| WILLIAM BENNETT GOURLEY : | |
| aka William Gourley : | CASE NO. 1:20-bk-02668 |
| KATHLEEN DENISE GOURLEY, : | |
|     Debtors : | |
| : | |
| WILLIAM BENNETT GOURLEY : | |
| aka William Gourley : | |
| KATHLEEN DENISE GOURLEY, : | |
|     Movants : | OBJECTION TO CLAIM # 12 |
| v. : | |
| QUANTUM3 GROUP LLC as agent for : | |
| JH CX Liquidating Trust LLC , : | |
|     Respondent/Claimant : | |
| : | |

## O R D E R

UPON CONSIDERATION of the Objection to Proof of Claim filed by the Debtors, it is hereby

ORDERED that the claim of the Respondent is disallowed and dismissed; it is further

ORDERED that the Claimant is precluded from presenting the omitted information as evidence in any contested matter or adversary proceeding pursuant to Rule 3001(c)(2)(D)(i)

Dated: December 17, 2020    By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge (CD)