IN RE: KATHLEEN DENISE GOURLEY  Chapter 13
WILLIAM BENNETT GOURLEY  Case Number: 20-02668

## WITHDRAWAL OF PROOF OF CLAIM

Creditor, Verizon by American InfoSource as agent, hereby withdraws its Proof of Claim, filed on 11/09/2020, marked as claim number 11 on the court's claims register, for the account number ending in 0001, and in the amount of $768.42.

Dated: 06/28/2021

/s/ Ashley Boswell

Verizon by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK  73118

Reference Number: 7317632Withdraw

0001