In re:  
William Bennett Gourley  
Kathleen Denise Gourley  
    Debtors

Case No. 20-02668-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0314-1 | User: AutoDocke | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Jan 25, 2023 | Form ID: ordsmiss | Total Noticed: 47 |

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William Bennett Gourley, Kathleen Denise Gourley, 125 Evergreen Street, Hummelstown, PA 17036-1207 |
| 5357461 | + | AMERICAN DENTAL CARE LLC, 1135 E CHOCOLATE AVE STE 101, HERSHEY, PA 17033-1201 |
| 5357462 | + | ATLANTIC EMERGENCY ASSOCIATES PA, 8 OAK PARK DRIVE, BEDFORD, MA 01730-1414 |
| 5357463 | + | BOROUGH OF HUMMELSTOWN, 136 S HANOVER STREET, HUMMELSTOWN, PA 17036-2207 |
| 5357464 | | BUREAU OF ACCOUNT MGMT, 3607 ROSEMONT AVE STE 502, PO BOX 8875, CAMP HILL, PA 17001-8875 |
| 5357470 | + | CONCENTRA, PO BOX 9011, BROOMFIELD CO 80021-9011 |
| 5357471 | + | CONCENTRA, 4200 UNION DEPOSIT ROAD, HARRISBURG, PA 17111-2801 |
| 5357473 | + | ENDODONTICS ASSOCIATES, 1108 E CHOCOLATE AVENUE, HERSHEY, PA 17033-1241 |
| 5357474 | + | GRAND VIEW MEMORIAL PARK, 500 N WEBER STREET, LEBANON, PA 17046-9389 |
| 5357475 | + | HERSHEY PEDIATRIC CENTER, 441 E CHOCOLATE AVENUE, HERSHEY, PA 17033-1324 |
| 5357476 | + | HUD/FHA, NATIONAL SERVICING CENTER, 301 NW SIXTH ST, STE 200, OKLAHOMA CITY, OK 73102-2811 |
| 5357477 | + | INGRAM DAUGHERTY ORTHODONTISTS, 710 S 12TH STREET, LEBANON, PA 17042-6901 |
| 5357479 | + | LOWER DAUPHIN SCHOOL DISTRICT, TRACY COOPER, PO BOX 364, HUMMELSTOWN, PA 17036-0364 |
| 5357480 | + | MS HERSHEY MEDICAL CENTER, PATIENT FINANCIAL SERVICES, PO BOX 853 MC-A410, HERSHEY, PA 17033-0853 |
| 5357481 | | MSHMC PHYSICIANS GROUP, BILLING SERVICES, PO BOX 854, HERSHEY, PA 17033-0854 |
| 5357483 | + | ORAL SURGERY ASSOCIATES, KENNETH D KNIPE DDS, 1253 COCOA AVENUE, HERSHEY, PA 17033-1715 |
| 5357484 | #+ | PEERLESS CREDIT SERVICES, INC, PO BOX 518, MIDDLETOWN, PA 17057-0518 |
| 5372413 | + | PENN STATE HEALTH - CERNER, PO BOX 829725, PHILADELPHIA, PA 19182-9725 |
| 5372415 | + | PENN STATE HEALTH - HOSPITAL, PO BOX 853, HERSHEY, PA 17033-0853 |
| 5372414 | + | PENN STATE HEALTH - PHYSICIANS, PO BOX 854, HERSHEY, PA 17033-0854 |
| 5357485 | | PENN STATE HEALTH HMC, ATTN: PATIENT FINANCIAL SERVICES, MC A410 PO BOX 853, HERSHEY, PA 17033 |
| 5357486 | + | PINNACLE ANNVILLE FAMILY MEDICINE, PC, 1251 E MAIN STREET, ANNVILLE, PA 17003-1643 |
| 5357488 | | PPL ELECTRIC UTILITIES, ATTN: BANKRUPTCY DEPT, 827 HAUSMAN ROAD, ALLENTOWN PA 18104-9392 |
| 5357489 | + | REC SOLUTION, PO BOX 699, NATCHEZ, MS 39121-0699 |
| 5357490 | | RECEIVABLE SOLUTIONS SPECIALSIT, INC, PO BOX 669, NATCHEZ, MS 39121-0669 |
| 5357491 | + | SUEZ WATER PENNSYLVANIA, CUSTOMER SERVICE CENTER, 8189 ADAMS DRIVE, HUMMELSTOWN, PA 17036-8625 |
| 5357492 | + | UDREN LAW OFFICES, PC, WOODCREST CORPORATE CENTER, 111 WOODCREST RD, STE 200, CHERRY HILL, NJ 08003-3620 |

TOTAL: 27

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AIS.COM | Jan 25 2023 23:54:00 | Verizon by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5374474 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 25 2023 18:57:07 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 5357466 | + | EDI: WFNNB.COM | Jan 25 2023 23:54:00 | CCB/GAMESTOP, PO BOX 182120, COLUMBUS, OH 43218-2120 |
| 5358449 | + | EDI: LCIFULLSRV | Jan 25 2023 23:54:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 5357468 | + | EDI: COMCASTCBLCENT | Jan 25 2023 23:54:00 | COMCAST CABLE (BK Notices), 1555 SUZY ST, LEBANON, PA 17046-8318 |
| 5357469 | | EDI: PENNDEPTREV | Jan 25 2023 23:54:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5357469 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 25 2023 18:49:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5488328 | | Email/Text: ebnnotifications@creditacceptance.com | Jan 25 2023 18:49:00 | Credit Acceptance Corporation, 25505 West 12 Mile Road, Southfield, MI 48034 |
| 5358091 | + | Email/Text: ebnnotifications@creditacceptance.com | Jan 25 2023 18:49:00 | Credit Acceptance, 25505 W Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 5357493 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Jan 25 2023 18:49:00 | UNEMP COMP OVERPAYMENT MATTERS, DEPT OF L&I - OFFICE OF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121 |
| 5357478 | | EDI: IRS.COM | Jan 25 2023 23:54:00 | INTERNAL REVENUE SERVICE - CIO, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5357467 | | Email/Text: info@pamd13trustee.com | Jan 25 2023 18:49:00 | CHARLES J DEHART, III, ESQ., 8125 ADAMS DRIVE STE A, HUMMELSTOWN PA 17036 |
| 5357482 | + | Email/Text: Bankruptcies@nragroup.com | Jan 25 2023 18:49:00 | NATIONAL RECOVERY AGENCY, 2491 PAXTON STREET, HARRISBURG, PA 17111-1036 |
| 5371090 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 25 2023 18:49:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 5357487 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 25 2023 18:49:00 | PNC MORTGAGE, BANKRUPTCY DEPT, 3232 NEWMARK DRIVE, MIAMISBURG, OH 45342 |
| 5369178 | | EDI: PENNDEPTREV | Jan 25 2023 23:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 5369178 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 25 2023 18:49:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 5373432 | | EDI: Q3G.COM | Jan 25 2023 23:54:00 | Quantum3 Group LLC as agent for, JH CX Liquidating Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5357494 | + | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Jan 25 2023 18:49:00 | UNEMPL COMP TAX MATTERS, HARRISBURG CASES L&I OFF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121-0751 |
| 5357495 | | EDI: VERIZONCOMB.COM | Jan 25 2023 23:54:00 | VERIZON BANKRUPTCY DEPT, 500 TECHNOLOGY DR, STE 550, SAINT CHARLES, MO 63304-2225 |
| 5357496 | | EDI: VERIZONCOMB.COM | Jan 25 2023 23:54:00 | VERIZON WIRELESS, 500 TECHNOLOGY DR, STE 550, SAINT CHARLES, MO 63304-2225 |
| 5372566 | | EDI: AIS.COM | Jan 25 2023 23:54:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 22

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | CREDIT ACCEPTANCE CORPORATION, 25505 WEST 12 MILE ROAD, SOUTHFIELD MI 48034-8316, address filed with court:, Credit Acceptance Corporation, 25505 West 12 Mile Road, Southfield, MI 48034 |
| 5357465 | ##+ | CAWLEY & BERGMANN, LP, 117 KINDERKAMACK RD STE 201, RIVER EDGE, NJ 07661-1916 |
| 5357472 | ## | DIVERSIFIED CONSULTANTS, INC, PO BOX 1391, SOUTHGATE, MI 48195-0391 |

TOTAL: 0 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2023        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Brian C Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Dorothy L Mott | on behalf of Debtor 1 William Bennett Gourley DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| Dorothy L Mott | on behalf of Debtor 2 Kathleen Denise Gourley DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Kara Katherine Gendron | on behalf of Debtor 2 Kathleen Denise Gourley karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| Kara Katherine Gendron | on behalf of Debtor 1 William Bennett Gourley karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |

TOTAL: 10

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| William Bennett Gourley, aka William Gourley, | Chapter 13 |
| **Debtor 1** | Case No. 1:20−bk−02668−HWV |
| Kathleen Denise Gourley, | |
| **Debtor 2** | |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to both Debtors.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

*[signature]*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: January 25, 2023

ordsmiss (05/18)